**United States Bankruptcy Court**
**Southern District of New York**

In re **Christine A Flynn**
      Debtor(s)

Case No. **19-22852**
Chapter **7**

### PROOF OF SERVICE BY MAIL

I, Ivon Susana Anaya, Esq. an attorney duly admitted to practice law in this court, hereby affirm that on May 23, 2019, a copy of the **Notice of Motion to Convert Chapter 7 Case to Chapter 13** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

**Chase Card Services**
**Po Box 15369**
**Wilmington, DE 19850**

**Federal National Mortgage Association**
**780 Third Avenue, 30th Floor**
**New York, NY 10001**

**Gross Polwy LLC**
**1775 Wehrle Drive Suite 100**
**Williamsville, NY 14221**

**Selene Finance**
**Po Box 422039**
**Houston, TX 77242**

**coSelene Finance**
**9990 Richmond**
**Houston, TX 77042**

**Seterus, Inc.**
**Attn: Bankruptcy**
**Po Box 1077**
**Hartford, CT 06143**

**Seterus, Inc.**
**8950 Cypress Waters**
**Coppell, TX 75019**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 23, 2019.

*By: /s/ Ivon Susana Anaya, Esq.*
Ivon Susana Anaya, Esq.
de Moya & Associates, P.C.
163 South Main Street
New City, NY 10956-3347
(845) 639-4600 Fax: (845) 693-4610